# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JOHN GIBSON**, as Administrator
of the Estate of Daniel Gibson                                                    **PLAINTIFF**

v.                              CASE NO. 2:22-CV-00126-BSM

**JOSEPH FRIEL**, *et al.*                                                        **DEFENDANTS**

## ORDER

The parties have filed a joint stipulation of dismissal. Doc. No. 22. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice.

IT IS SO ORDERED this 29th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE