IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOHN GIBSON**, as Administrator
of the Estate of Daniel Gibson                                                         **PLAINTIFF**

v.                            CASE NO. 2:22-CV-00126-BSM

**JOSEPH FRIEL**, *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 29th day of February, 2024.


_____
UNITED STATES DISTRICT JUDGE